UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**PHILLIP RICHARDSON,**

    **Plaintiff,**

**v.**                                                                            **Case No: 5:23-cv-33-PRL**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court on the Commissioner's unopposed motion for remand. (Doc. 9). The Commissioner advises that the transcript of the July 11, 2022 administrative hearing contain several instances of inaudible testimony. Therefore, the Commissioner requests a remand, pursuant to sentence six of 42 U.S.C. §405(g) to take further administrative action.

Pursuant to 42 U.S.C. §405(g) of the Social Security Act, this Court may remand a case to the Commissioner on motion of the Commissioner made for "good cause shown" before she files her answer. As the Commissioner has not yet filed an answer in the instant case, the sole issue for consideration is whether the Commissioner has shown good cause for the requested remand. Under these circumstances, there is good cause to support a remand under sentence six.

In view of the foregoing, it is **ORDERED** that:

(1) Defendant's unopposed motion for remand (Doc. 9) is **GRANTED**.

- 2 -

(2) This action is **REMANDED** to the Commissioner, pursuant to sentence six of 42 U.S.C. § 405(g), for the Commissioner to take further administrative action, subject to the requirement that the Commissioner provide the Court with status reports every three months regarding the progress of the remand process.

(3) Because this cause is remanded pursuant to sentence six of 42 U.S.C. § 405(g), the Court shall retain jurisdiction in this matter.  Accordingly, the Clerk shall administratively close the file and withhold the entry of a final judgment in this case.

**DONE** and **ORDERED** in Ocala, Florida on March 27, 2023.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties